THE PEOPLE ex rel. JAMES McKOWN, Respondents, *v.* ANDREW H. GREEN, Comptroller, etc., Appellant.

(Argued March 28, 1876; decided April 4, 1876.)

*T. B. Clarkson* for the appellant

*James A. Deering* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.